# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

# CA 05-295 consolidated with CA 05-294, CA 05-296


**TAMMY BECK, ET AL.**

**VERSUS**

**JAYCO, INC., ET AL.**


**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20006494
HONORABLE MARILYN CASTLE, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

# JOHN D. SAUNDERS
# JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

**REVERSED.**

**Charles E. Soileau**
**P.O. Box 5**
**Rayne, LA 70578**
**(337) 334-2139**
**Counsel for Plaintiff/Appellant:**
**Tammy Beck**

**Samuel E. Masur**
**Bart J. Hebert**
**Gregory G. Duplantis**
**Gordon, Arata, McCollam, Duplantis, & Egan, L.L.P.**
**P.O. Box 81829**
**Lafayette, LA 70598**
**(337) 237-0132**
**Counsels for Defendants/Appellees:**
**Jayco, Inc.**
**Liberty Mutual Insurance Company**

John P. Guillory
The Dill Firm
P.O. Box 3324
Lafayette, LA 70502
(337) 261-1408
Counsel for Defendant/Appellee:
MTI Industries, Inc.

Timothy J. McNamara
Greg R. Mier
Janice M. Reeves
Onebane Law Firm
P.O. Box 3507
Lafayette, LA 70502
(337) 237-2660
Counsels for Defendant/Appellee:
Atwood Mobile Products, Inc.

**SAUNDERS, Judge.**

For the reasons discussed in the consolidated case of *Credeur v. Jayco*, 05-0294 (La.App. 3 Cir __/__/05), __ So.2d__, the judgement of the trial court is reversed. Costs of the appeal are assessed equally against defendants.

**REVERSED.**